IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE, )<br>)<br>Defendant. )<br>_____ ) | Civ. No. 02-1233<br>Judge Bates |

**<u>PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION</u>**

Plaintiff Electronic Privacy Information Center ("EPIC") respectfully moves for entry of a preliminary injunction ordering defendant Department of Defense ("DoD") to grant plaintiff preferred status as a "representative of the news media" under the fee provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(A)(ii), and further ordering defendant to desist from its requirement that plaintiff agree to incur document search fees as a condition precedent to the processing of plaintiff's FOIA request.

The grounds for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

_____
DAVID L. SOBEL
D.C. Bar No. 360418

        MARC ROTENBERG
        D.C. Bar No. 422825

        ELECTRONIC PRIVACY INFORMATION CENTER
        1718 Connecticut Avenue, N.W.
        Suite 200
        Washington, DC  20009
        (202) 483-1140

        Counsel for Plaintiff