February 21, 2002

Defense Advanced Research Projects Agency (DARPA)
Privacy Act/Freedom of Information Act Coordinator
Office of Management Operations
3701 N. Fairfax Drive
Arlington, Virginia 22203-1714

Re: Freedom of Information Request

Dear Sir or Madam:

    This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of the Electronic Privacy Information Center ("EPIC").

    We request all agency records concerning the Information Awareness Office; its director, Admiral (retired) John Poindexter; and Syntek Corporation. This request includes, but is not limited to minutes of meetings, notes, correspondence, submissions, reports, memoranda, and electronic mail.

    For purposes of fee assessments, we request that EPIC be placed in the category of "news media" requester. EPIC publishes a biweekly electronic newsletter, issues regular public reports and analyses, and maintains a free online electronic library. EPIC staff members are also regular contributors to numerous newspapers, newsletters, magazines, and law reviews. Any information that is obtained as a result of this request will be disseminated through these publications and others. We note that the Federal Trade Commission, the Federal Bureau of Investigation (FBI), the National Security Agency, and other agencies have previously recognized that EPIC qualifies for "news media" status. We also request a waiver of all applicable duplication fees, as release of this information will contribute significantly to the public's understanding of the activities and operations of government.

    As the FOIA requires, I will look forward to your response within twenty (20) working days.

Sincerely,

Wayne Madsen
Senior Fellow

Civ. No. 02-1233
Exhibit 1