UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  02-1233  (JDB) ECF |
| **DEPARTMENT OF DEFENSE,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the complaint and motion of the Electronic Privacy Information Center (EPIC) seeking injunctive and declaratory relief against the Department of Defense, the memoranda of the parties, oral argument, and the entire record herein, it is hereby

ORDERED that EPIC's motion is GRANTED; and it is further

ORDERED that the Department of Defense must classify EPIC as a "representative of the news media" for preferred fee status under the Freedom of Information Act ("FOIA") with respect to the FOIA request EPIC submitted on February 21, 2002.  The Department of Defense shall process EPIC's FOIA request expeditiously.

IT IS SO ORDERED.

Signed this <u>16th</u> day of January, 2003.

                                    /s/   John  D.  Bates
                                    JOHN  D. BATES
                                    United States District Judge

David L. Sobel                                          Peter S. Smith
Marc Rotenberg                                          Heather Graham-Oliver
Electronic Privacy Information Center                   Judiciary Center Building
1718 Connecticut Avenue, N.W.                           10th Floor
Suite 200                                               555 4th Street, N.W.
Washington, D.C. 20009                                  Washington, D.C. 20530